Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Sealant Systems International, Inc. and Accessories Marketing, Inc. v. TEK Global, S.r.l. and TEK Corporation

No. 14-1405

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for: Sealant Systems International, Inc. and Accessories Marketing, Inc.
                                    Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [✓] Cross Appellant
[ ] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Stanley M. Gibson |
| Law firm: | Jeffer Mangels Butler & Mitchell LLP |
| Address: | 1900 Avenue of the Stars, Seventh Floor |
| City, State and ZIP: | Los Angeles, CA 90067 |
| Telephone: | (310) 203-8080 |
| Fax #: | (310) 203-0567 |
| E-mail address: | sgibson@jmbm.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): November 4, 2004

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes     [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

5-2-14                          /s/ S.M.G.
_____                    _____
Date                           Signature of pro se or counsel

cc: _____

123

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  May 2, 2014  by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
  (by email or CM/ECF)

| Andrew I. Shadoff | /s/ Andrew I. Shadoff |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Jeffer Mangels Butler & Mitchell LLP

Address: 1900 Avenue of the Stars, Seventh Floor

City, State, ZIP: Los Angeles, CA 90067

Telephone Number: (310) 203-8080

FAX Number: (310) 203-0567

E-mail Address: ashadoff@jmbm.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.