Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Sealant Systems International, Inc. and Accessories Marketing, Inc. v. TEK Global, S.r.l. and TEK Corporation

No. 14-1405

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for: Sealant Systems International, Inc. and Accessories Marketing, Inc.
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner  ☐ Respondent  ☐ Amicus curiae  ☑ Cross Appellant
☐ Appellant   ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

- Name: Andrew I. Shadoff
- Law firm: Jeffer Mangels Butler & Mitchell LLP
- Address: 1900 Avenue of the Stars, Seventh Floor
- City, State and ZIP: Los Angeles, CA 90067
- Telephone: (310) 203-8080
- Fax #: (310) 203-0567
- E-mail address: ashadoff@jmbm.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): May 29, 2013

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

4-30-14
Date

_____
Signature of pro se or counsel

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   May 2, 2014
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Andrew I. Shadoff | /s/ Andrew I. Shadoff |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Jeffer Mangels Butler & Mitchell LLP

Address: 1900 Avenue of the Stars, Seventh Floor

City, State, ZIP: Los Angeles, CA 90067

Telephone Number: (310) 203-8080

FAX Number: (310) 203-0567

E-mail Address: ashadoff@jmbm.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.