14-1405

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

SEALANT SYSTEMS INTERNATIONAL, INC. and
ACCESSORIES MARKETING, INC.,

*Plaintiffs - Cross-Appellants*

v.

TEK GLOBAL, S.R.L. and TEK CORPORATION,

*Defendants - Appellants*

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA IN 5:11-cv-774-PSG
(CONSOLIDATED WITH 5:11-cv-1649-PSG)
HON. PAUL S. GREWAL

**UNOPPOSED MOTION OF PLAINTIFFS AND CROSS-APPELLANTS SEALANT SYSTEMS INTERNATIONAL, INC. AND ACCESSORIES MARKETING, INC. FOR EXTENSION OF TIME TO FILE CROSS-APPELLANT'S BRIEF**

Pursuant to Federal Circuit Rule 26(b), Cross-Appellants Sealant Systems International, Inc. and Accessories Marketing, Inc. (collectively, "Cross-Appellants") respectfully move for a 31-day extension of the due date for Cross-Appellants' Brief. This is Cross-Appellants' first request for an extension of time to file Cross-Appellants' Brief. Cross-Appellants' Brief is currently due on

September 19, 2014 and the extension sought here would extend the due date up to and including **October 20, 2014.**

The requested extension is needed because Defendants and Appellants TEK Global, S.r.l. and TEK Corporation (collectively "TEK") have raised several distinct issues in their Opening Brief to which Cross-Appellants need additional time to respond and because Cross-Appellants may raise additional, separate issues on cross-appeal.  *See* Declaration of Stanley M. Gibson, ¶ 3.

As required by Federal Circuit Rule 26(b)(2), Cross-Appellants informed all other parties that it intended to seek this extension.  *Id.*, ¶ 4.  Counsel for TEK agreed to Cross-Appellants' requested extension.  *Id.*

Dated: August 27, 2014         /s/ Stanley M. Gibson
                               Stanley M. Gibson (Bar No. 162329)
                               Gregory S. Cordrey (Bar No. 190144)
                               Andrew I. Shadoff (Bar No. 272319)
                               Jeffer Mangels Butler & Mitchell LLP
                               1900 Avenue of the Stars, 7th Floor
                               Los Angeles, California  90067-4308
                               Telephone:   (310) 203-8080
                               Facsimile:   (310) 203-0567
                               *Attorneys for Plaintiffs/Cross-Appellants*

## DECLARATION OF STANLEY M. GIBSON

I, STANLEY M. GIBSON, declare as follows:

1. I am an attorney in good standing and licensed to practice law in the State of California, and before this Court, and a partner with the law firm of Jeffer Mangels Butler & Mitchell LLP ("JMBM"), counsel of record for Plaintiffs and Cross-Appellants Sealant Systems International, Inc., and Accessories Marketing, Inc. (collectively, "Cross-Appellants"), in this appeal. The following facts are within my personal knowledge. I would be competent to testify to the facts stated herein if called to do so.

2. I submit this declaration pursuant to Federal Circuit Rule 26(b)(5) in support of Cross-Appellants' Unopposed Motion for Extension of Time to File Cross-Appellants' Brief.

3. The requested 31-day extension is necessary because Defendants and Appellants TEK Global, S.r.l. and TEK Corporation (collectively "TEK") have raised multiple issues in their Opening Brief to which Cross-Appellants need additional time to respond and because Cross-Appellants may raise additional, separate issues on cross-appeal.

4. On August 26, 2014, I emailed Jon Streeter, counsel for TEK, to request a 30-day extension of Cross-Appellants' time to file their opening brief. Mr. Streeter agreed to a 30-day extension. Because the 30th day of the extension lands on a Sunday, Cross-Appellants request a 31-day extension.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this, the 27th day of August 2014, at Los Angeles, California.

                                            */s/ Stanley M. Gibson*
                                              STANLEY M. GIBSON

Form 9

**FORM 9. Certificate of Interest**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Sealant Systems International, Inc. and Accessories Marketing, Inc. v. TEK Global, S.r.l. and TEK Corporation

No. 14-1405

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Sealant Systems International, Inc. and Accessories Marketing, Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:
Sealant Systems International, Inc.; Accessories Marketing, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:
Not applicable

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:
Illinois Tool Works, Inc.; Accessories Marketing Holding Company

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:
Jeffer Mangels Butler & Mitchell LLP; Stanley M. Gibson, Gregory S. Cordrey, Andrew I. Shadoff

May 2, 2014
Date

Signature of counsel
Stanley M. Gibson
Printed name of counsel

Please Note: All questions must be answered
cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   August 27, 2014   by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Andrew I. Shadoff | /s/ Andrew I. Shadoff |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Jeffer Mangels Butler & Mitchell LLP

Address: 1900 Avenue of the Stars, Seventh Floor

City, State, ZIP: Los Angeles, CA 90067

Telephone Number: (310) 203-8080

FAX Number: (310) 203-0567

E-mail Address: ashadoff@jmbm.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.